UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUIS J. GIULIANO,<br>Plaintiff,<br><br>v.<br><br>CHAPEL MORTGAGE<br>CORPORATION, AND HOUSEHOLD<br>FINANCE CORPORATION,<br>Defendant. | C.A. No. 13-518-JJM-LDA |

ORDER

Before the Court are (1) the Defendant Household Finance Corporation's Motion for Final Judgment (ECF No. 33); (2) the Plaintiff's Motion for a Stay of Proceedings Pending Settlement Negotiations (ECF No. 36); and the Court's show cause orders dated January 14, 2019 and February 25, 2019, about why the Defendant Chapel Mortgage Corporation should not be dismissed for lack of service.

The Plaintiff filed this matter over five years ago. This case has been to the First Circuit and back. The Plaintiff has asked this Court on at least two occasions to reconsider its dismissal of the action. Both times the Court refused. *See*, Text Order Dated January 19, 2016 and Text Order dated January 29, 2016.

There is no reason to allow any more delay by the Plaintiff. The Defendant Household Finance is entitled to Final Judgment. The Plaintiff has shown no cause for the failure to serve the Defendant Chapel Mortgage Corporation.

The Court thus GRANTS the Defendant Household Finance Corporation's Motion for Final Judgment (ECF No. 33); DENIES the Plaintiff's Motion for a Stay of Proceedings Pending Settlement Negotiations (ECF No. 36); and DISMISSES the Defendant Chapel Mortgage Corporation for lack of service.

Final Judgment is granted to all the Defendants on all claims.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

March 15, 2019